UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL LOPEZ, | No. 2:08-CV-2104-RCF (P) |
| Plaintiff, | |
| vs. | SERVICE ORDER |
| R. DION, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff Rafael Lopez is a state prisoner proceeding pro se in this civil rights action under 42 U.S.C. § 1983.  Plaintiff also proceeds in forma pauperis under 28 U.S.C. § 1915.

This Court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a) and found that plaintiff presented a colorable claim as to defendants J. Rogel, R. Dion and C. Heath for deprivation of property without due process of law (Docket No. 14).

Plaintiff was ordered to complete and file: Notice of Submission of Documents; a completed summons; a completed USM-285 form for each defendant named above; and four (4) copies the endorsed amended complaint (Docket No. 14).  On June 16, 2009, plaintiff filed the required documents (Docket No. 18).

Accordingly, it is hereby ORDERED that:

1

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

 (1) One completed and issued summons for <u>each</u> defendant to be served;

 (2) One completed USM-285 form for <u>each</u> defendant to be served;

 (3) One copy of the amended complaint filed on April 22, 2009 for <u>each</u> defendant to be served, plus an extra copy for the Marshal; and

 (4) One copy of this order for <u>each</u> defendant to be served, plus an extra copy for the Marshal.

2. Within 10 days from the date of this order, the United States Marshal is directed to notify the following defendants of the commencement of this action, without pre-payment of costs, and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c): J. Rogel, R. Dion and C. Heath.

3. The U.S. Marshal is directed to retain the summons and a copy of the complaint in their file for future use.

4. The United States Marshal shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

5. If a waiver of service is not returned by a defendant within 60 days of the date of mailing the request for waiver, the United States Marshal shall:

 (a) Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order. The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this order.

 (b) Within 10 days after personal service is effected, the United States Marshal shall

file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant.  Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required.  Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

6. In the event that defendants make an appearance in this action by filing an answer, dispositive motion, or other pleading, the U.S. Marshals Service need not personally serve those defendants.

7. In the event that defendants either waive service or are personally served, defendants are required to reply to the complaint.  42 U.S.C. §1997e(g)(2).

/////

DATED:  June 17, 2009

/s/ Raymond C. Fisher
Raymond C. Fisher
United States Circuit Judge
Sitting by Designation