UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>R. DION, J.K. ROGEL and C. HEATH,<br><br>　　　　Defendants.<br>_____ | No. 2:08-CV-2104 RCF (P)<br><br><br><br>ORDER |

On January 6, 2010, this court received correspondence from plaintiff Rafael Lopez alleging retaliatory deprivation of access to personal property, particularly legal materials. On or before January 18, 2010, defendants are ordered to report to this court the status of plaintiff's access to any of his personal property that constitute legal materials, and to explain the reasons for and circumstances of his deprivation of access thereto, if any.

DATED: January 8, 2010

　　　　　　　　　　　　　　　　　　/s/ Raymond C. Fisher_____
　　　　　　　　　　　　　　　　　　Raymond C. Fisher
　　　　　　　　　　　　　　　　　　United States Circuit Judge
　　　　　　　　　　　　　　　　　　Sitting by Designation