UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAFAEL LOPEZ,                                    No. 2:08-CV-2104 RCF (P)

            Plaintiff,

            v.                                   ORDER

R. DION, J.K. ROGEL and C. HEATH,

            Defendants.

_____

    Defendant's deadline for filing a pretrial statement, the pretrial conference date and the trial date are VACATED pending further order of this court. All other deadlines remain in place.

DATED: March 12, 2010

                                    /s/ Raymond C. Fisher
                                    Raymond C. Fisher
                                    United States Circuit Judge
                                    Sitting by Designation